**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 21, 2013.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-13-00108-CV

### STONTEL, LLC, Appellant

### V.

### KALPESH PATEL, Appellee

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2009-77473**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed November 5, 2012. On March 13, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.